CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 17 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JO'NATHAN TALBERT,<br>    Plaintiff, | )<br>)  Civil Action No. 7:05CV00736<br>) |
| v. | )  **ORDER**<br>)<br>)  By Hon. Glen E. Conrad |
| W. SMITH, et al.,<br>    Defendants. | )  United States District Judge<br>) |

In accordance with the accompanying Memorandum Opinion, it is now

**ORDERED**

as follows:

1. The plaintiff's motion for reconsideration (docket #38) shall be and hereby is DENIED;

2. The plaintiff's motions to amend (docket #37, #39, #41, and #44) shall be and hereby are GRANTED in part and DENIED in part;

3. A.D. Robinson and Lieutenant Combs shall be and hereby are REINSTATED as defendants in the case;

4. The Clerk shall attempt service of process in the usual manner upon Robinson and Combs; and

5. The plaintiff is advised that no further amendments will be permitted.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 17th day of March, 2006.

_____
United States District Judge