IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
MAY 9, 2006
JOHN F CORCORAN, CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| JO'NATHAN TALBERT, ) | |
| Plaintiff, ) | Civil Action No. 7:05CV00736 |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | By Hon. Glen E. Conrad |
| W. SMITH, et al., ) | United States District Judge |
| Defendants. ) | |

In accordance with the accompanying Memorandum Opinion, it is now

**ORDERED**

that the defendants' motion for reconsideration shall be and hereby is **DENIED**, and the defendants' alternative motion for an extension of time shall be and hereby is **GRANTED**. The defendants shall have until June 9, 2006 to file a responsive pleading.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 9th day of May, 2006.

_____
United States District Judge