```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                    AT ROANOKE, VA
                                                         FILED

                                                     MAR 0 9 2007
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | |
|---|---|
| JO'NATHAN TALBERT, | ) |
| Plaintiff, | ) Civil Action No. 7:05CV00736 |
| | ) |
| v. | ) **ORDER** |
| | ) |
| W. SMITH, et al. | ) By: Hon. Glen E. Conrad |
| Defendants. | ) United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

that the plaintiff's motions for a preliminary injunction and/or temporary restraining order (docket #172, #176, and #182) shall be and hereby are **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER:** This 9th day of March, 2007.

/s/ Glen E. Conrad
United States District Judge