IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 0 9 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

| | | |
|---|---|---|
| JO'NATHAN TALBERT, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05CV00736 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| W. SMITH, et al., | ) | By: Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1.  The motion for summary judgment filed by D. Anderson, R. Hall, W. Smith, C. Barnette, J. Taylor, A. Kilbourne, D. Still, A.D. Robinson, and Lieutenant Combs (docket #90) is **GRANTED IN PART AND DENIED IN PART**;

2.  The motion for summary judgment filed by R. Cochrane (docket #159) is **DENIED**;

3.  The plaintiff's motions to compel (docket #168 and #169) are **DENIED**;

4.  The plaintiff's "motion to render judgment" on the defendants' motions (docket #173) is **DISMISSED** as moot;

5.  A.D. Robinson shall be **DISMISSED** from the case; and

6.  The case shall proceed to a jury trial as to the remaining defendants.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff.

**ENTER**: This _9th_ day of March, 2007.

_____
United States District Judge